**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| GABRIEL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS, LLC,<br><br>Defendant. | Case No. 4:26-cv-00840-P-BJ |

**DEFENDANT ALLEVIATE FINANCIAL SOLUTIONS LLC'S ANSWER TO PLAINTIFF GABRIEL ROBERSON'S COMPLAINT**

Defendant ALLEVIATE FINANCIAL SOLUTIONS LLC ("Defendant") hereby answers the Complaint of Plaintiff GABRIEL ROBERSON ("Plaintiff") as follows:

**NATURE OF THE ACTION**

1. Defendant admits that it provides debt relief services. Defendant denies the remaining allegations in Paragraph 1 of the Complaint.

2. Defendant denies the allegations in Paragraph 2 of the Complaint.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3 of the Complaint, which also constitute legal conclusions.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 4 of the Complaint, which also constitute legal conclusions.

5. Defendant denies the allegations in Paragraph 5 of the Complaint.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6 of the Complaint, which also constitute legal conclusions.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7 of the Complaint, which also constitute legal conclusions.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 of the Complaint, which also constitute legal conclusions.

9. Defendant admits that Plaintiff seeks various relief. Defendant denies that Plaintiff is entitled to any relief, and further denies any remaining allegations in Paragraph 9 of the Complaint.

**PARTIES**

10. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10 of the Complaint.

11. Defendant admits that it is a California limited liability company. Defendant further admits that its registered agent for service is CSC. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 11 of the Complaint.

12. Defendant denies the allegations in Paragraph 12 of the Complaint.

**JURISDICTION AND VENUE**

13. Defendant denies any violations of the TCPA. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 13 of the Complaint, which also constitute legal conclusions.

14. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14 of the Complaint, which also constitute legal conclusions.

15. Defendant denies the allegations in Paragraph 15 of the Complaint.

16. Defendant denies the allegations in Paragraph 16 of the Complaint.

## FACTUAL ALLEGATIONS

17. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17 of the Complaint.

18. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18 of the Complaint.

19. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19 of the Complaint.

20. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20 of the Complaint.

21. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of the Complaint.

22. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22 of the Complaint.

23. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23 of the Complaint.

24. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24 of the Complaint.

25. Defendant denies the allegations in Paragraph 25 of the Complaint.

26. Defendant denies the allegations in Paragraph 26 of the Complaint.

27. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27 of the Complaint.

28. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 of the Complaint.

29. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29 of the Complaint.

30. Defendant denies the allegations in Paragraph 30 of the Complaint.

31. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 of the Complaint.

32. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32 of the Complaint.

33. Defendant denies the allegations in Paragraph 33 of the Complaint.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the Complaint.

35. Defendant denies the allegations in Paragraph 35 of the Complaint.

36. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36 of the Complaint.

37. Defendant denies the allegations in Paragraph 37 of the Complaint.

38. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38 of the Complaint, which also constitute legal conclusions.

39. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 of the Complaint, which also constitute legal conclusions.

40. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40 of the Complaint, which also constitute legal conclusions.

41. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41 of the Complaint, which also constitute legal conclusions.

42. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 of the Complaint, which also constitute legal conclusions.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 of the Complaint, which also constitute legal conclusions.

44. Defendant denies that it has violated Texas Business and Commerce Code § 302.101 or any other statute. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 44 of the Complaint, which also constitute legal conclusions.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45 of the Complaint, which also constitute legal conclusions.

46. Defendant denies the allegations in Paragraph 46 of the Complaint.

47. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47 of the Complaint.

48. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48 of the Complaint, which also constitute legal conclusions.

49. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49 of the Complaint, which also constitute legal conclusions.

50. Defendant denies the allegations in Paragraph 50 of the Complaint.

51. Defendant denies the allegations in Paragraph 51 of the Complaint.

52. Defendant denies the allegations in Paragraph 52 of the Complaint.

53. Defendant denies the allegations in Paragraph 53 of the Complaint.

54. Defendant denies the allegations in Paragraph 54 of the Complaint.

55. Defendant denies the allegations in Paragraph 55 of the Complaint.

56. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56 of the Complaint.

57. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57 of the Complaint.

58. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58 of the Complaint.

59. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59 of the Complaint.

60. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60 of the Complaint.

61. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61 of the Complaint.

62. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62 of the Complaint.

63. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63 of the Complaint.

64. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64 of the Complaint.

65. Defendant denies the allegations in Paragraph 65 of the Complaint.

66. Defendant denies the allegations in Paragraph 66 of the Complaint.

**COUNT ONE**

67. Defendant incorporates by reference all other responses herein.

68. Defendant denies the allegations in Paragraph 68 of the Complaint.

69. Defendant denies the allegations in Paragraph 69 of the Complaint.

70. Defendant denies the allegations in Paragraph 70 of the Complaint.

71. Defendant denies that Plaintiff is entitled to an injunction and further denies any remaining allegations in Paragraph 71 of the Complaint.

**COUNT TWO**

72. Defendant incorporates by reference all other responses herein.

73. Defendant denies the allegations in Paragraph 73 of the Complaint.

74. Defendant denies the allegations in Paragraph 74 of the Complaint.

75. Defendant denies the allegations in Paragraph 75 of the Complaint.

76. Defendant denies the allegations in Paragraph 76 of the Complaint.

77. Defendant denies that Plaintiff is entitled to an injunction and further denies any remaining allegations in Paragraph 77 of the Complaint.

**COUNT THREE**

78. Defendant incorporates by reference all other responses herein.

79. Defendant denies the allegations in Paragraph 79 of the Complaint.

80. Defendant denies any violation. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 80 of the Complaint, which also constitute legal conclusions.

81. Defendant denies that Plaintiff is entitled to any damages. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 81 of the Complaint, which also constitute legal conclusions.

82. Defendant denies any violation. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 82 of the Complaint, which also constitute legal conclusions.

83. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83 of the Complaint, which also constitute legal conclusions.

**COUNT FOUR**

84. Defendant incorporates by reference all other responses herein.

85. Defendant denies the allegations in Paragraph 85 of the Complaint.

86. Defendant denies any violation. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 86 of the Complaint, which also constitute legal conclusions.

87. Defendant denies that Plaintiff is entitled to any damages. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 87 of the Complaint, which also constitute legal conclusions.

88. Defendant denies any violation. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 88 of the Complaint, which also constitute legal conclusions.

89. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89 of the Complaint.

**COUNT FIVE**

90. Defendant incorporates by reference all other responses herein.

91. Defendant denies the allegations in Paragraph 91 of the Complaint.

92. Defendant denies the allegations in Paragraph 92 of the Complaint.

93. Defendant denies the allegations in Paragraph 93 of the Complaint

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any relief requested in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

1. The acts, omissions, injuries, losses, or damages alleged in the Complaint were caused, or causally contributed to, by the comparative fault, negligence, negligence per se, assumption of the risk, and/or culpable conduct of Plaintiff, third parties, and/or others for whom Defendant is not responsible.

2. Defendant acted in good faith at all relevant times and did not engage in any conduct that was intentional, knowing, willful, reckless, malicious, wanton or outrageous.

3. All calls placed to Plaintiff, if any, were placed with prior express consent, written or otherwise.

4. Any alleged calls by Defendant to Plaintiff were not made by an automatic telephone dialing system or an artificial or prerecorded voice.

5. Defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the TCPA or the regulations prescribed thereunder.

6. Any alleged violations, which are denied, were unintentional and Defendant is therefore entitled to a "safe harbor" defense.

7. This matter may be subject to an arbitration provision and/or a class action waiver provision. If so, Defendant reserves the right to enforce any such provisions.

8. Plaintiff's claims are barred to the extent he lacks standing and/or jurisdiction to assert them, *inter alia*, because he has suffered no injury-in-fact.

9. Plaintiff's claims are or may be barred by the doctrines of unclean hands, laches, waiver, res judicata, estoppel, collateral estoppel, judicial estoppel and/or other equitable doctrines.

10. To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

11. The imposition of the damages sought by Plaintiff would violate Defendant's constitutional rights to due process and equal protection and constitute an excessive fine.

**RESERVATION OF RIGHTS**

Defendant reserves the right to amend its answer and claims herein by adding additional parties, affirmative defenses, counterclaims, cross-claims, and/or third-party claims, as additional investigation, discovery or circumstances warrant.

**DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with prejudice, for a judgment in favor of Defendant and against Plaintiff, for all attorneys' fees and costs incurred by Defendant herein, and for such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 19, 2026

LAW OFFICES OF KEITH WIER, PLLC

s/Keith Wier
Keith Wier
SBN: 21436100
15150 Preston Road, Suite 300
Dallas, TX 75248
Email: kwier@keithwierlaw.com
Phone: (214) 540-6690
*Attorney for Defendant Alleviate Financial Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: August 19, 2026

LAW OFFICES OF KEITH WIER, PLLC

s/Keith Wier

Keith Wier
SBN: 21436100
15150 Preston Road, Suite 300
Dallas, TX 75248
Email: kwier@keithwierlaw.com
Phone: (214) 540-6690
*Attorney for Defendant Alleviate Financial Solutions LLC*